16273.   QUICK TIRE SERVICE INCORPORATED *v.* BALL.

BELL, J. This case is controlled by the decision this day rendered in *Quick Tire Service Inc.* v. *Ball* (No. 16274), 34 *Ga. App.* 122 (128 S. E. 205).

*Judgment reversed. Stephens, J., concurs. Jenkins, P. J., disqualified.*

DECIDED MAY 19, 1925.

Damages; from Fulton superior court—Judge Ellis. January 17, 1925.

*Underwood, Pomeroy & Haas,* for plaintiff in error.

*Hewlett & Dennis,* contra.